FRANK D'ANGELO et al., Respondents, *v.* 1482 BROADWAY CORPORATION et al., Appellants, Impleaded with Another.

*D'Angelo* v. *1482 Broadway Corpn.*, 184 App. Div. 885, affirmed.
(Argued March 19, 1920; decided April 13, 1920.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 10, 1918, unanimously affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term which awarded the plaintiffs an injunction restraining and enjoining the defendants, 1482 Broadway Corporation and Lottie Naylor, from conducting or maintaining or permitting to be conducted or maintained during the term of a certain agreement, any shoe-shining, hat-cleaning or clothes-brushing business in any part of the premises known as the Fitzgerald Building, located at the southeast corner of Broadway and Forty-third street, in the borough of Manhattan, city of New York, and further enjoining and restraining said defendants from interfering with the

plaintiffs in the exercise of their exclusive privilege of shoe-shining, hat-cleaning and clothes-brushing in the barber shop in said Fitzgerald Building as well as in the entire building.

*Charles A. Winter* for appellants.

*Gustav Lange, Jr., Ralph Barnett* and *Morris Jablow* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, McLAUGHLIN, ANDREWS and ELKUS, JJ.